UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

ROSCO, INC., a New York Corporation,

    Plaintiff,

v.

MIRROR LITE COMPANY, a Michigan
Corporation,

    Defendant.

------------------------------------------------------------------x

Civil Action No:   96-CV-5658

Hon. Charles P. Sifton

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Mirror Lite Company appeals to the United States Court of Appeals for the Federal Circuit from the Judgment and Injunction which was entered in this action on October 27, 2009. In particular, Mirror Lite appeals from the October 27, 2009, Judgment including at least the portions relating to infringement and damages.

                                                                                                                         Respectfully submitted,

                                                                                         s/John A. Artz
                                                                                         JOHN A. ARTZ (P24679)
                                                                                        JOHN S. ARTZ (P48578)
                                                                                       Attorneys for Defendant
                                                                                       38525 Woodward Avenue, Suite 2000
                                                                                       Bloomfield Hills, MI  48302
                                                                                      (248) 433-7200

                                                                                       s/Thomas M. Furth
                                                                                       THOMAS M. FURTH (TF 0785)
                                                                                       KUDMAN TRACHTEN ALOE LLP
                                                                                       350 Fifth Avenue, Suite 4400
                                                                                      New York, New York 10118
                                                                                       (212) 868-1010

                                                                                       Attorneys for Defendant

Dated: November 6, 2009

## CERTIFICATE OF SERVICE

I certify that on this 6th day of November, 2009, I electronically filed

## NOTICE OF APPEAL

with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

> Paul B. Keller
> Rebecca Marie McCloskey
> Wayne L. Stoner
> WilmerHale
> 399 Park Avenue
> New York, NY 10022
> (212) 230-8800
> paul.keller@wilmerhale.com
> rebecca.mccloskey@wilmerhale.com
> wayne.stoner@wilmerhale.com

_____
Karen Hopf