MANDATE

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

THURGOOD MARSHALL UNITED STATES COURTHOUSE
40 Centre Street
New York, NY 10007
(212) 857-8500

**DENNIS JACOBS,**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

DC: EDNY/BKLYN
DC. #: 96-CV-5658
Judge: Sifton

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 24th day of November, two thousand nine,

Docket No.: 09-4690-cv

Rosco Inc. v. Mirror Lite Company

FILED NOV 24 2009

**THE COURT NOTING** that a Notice of Appeal having been received and docketed inadvertently on November 9, 2009, upon consideration thereof;

**IT IS HEREBY ORDERED** that the above captioned case is closed.

**IT IS FURTHER ORDERED** that the Notice of Appeal having been transmitted, in error, be returned to the district court for proper processing to the Federal Circuit.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____
Richard Alcantara, Deputy Clerk

ISSUED AS MANDATE
NOVEMBER 24, 2009 (RA)